**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:    Carlton Charles Penright v. The State of Texas

Appellate case number:    01-12-000647-CR

Trial court case number:    1247950

Trial court:                        174th District Court of Harris County

One of appellant's complaints on appeal is that the trial court failed to conduct a hearing on his motion for new trial. The record bears out appellant's contention that the trial court had determined it would hold and schedule a hearing on the motion for new trial but was unable to conduct the hearing as anticipated due to scheduling conflicts. As a result, the motion for new trial was overruled by operation of law before the trial court could conduct the hearing.

We abate this appeal, remove it from this Court's active docket, and direct the trial court to conduct a hearing on appellant's motion for new trial. A representative of the Harris County District Attorney's Office and Appellant's counsel, Jani Maselli, shall be present. Appellant shall also be present for the hearing, either in person, or by closed video teleconference.[1]

We direct that the reporter's record of the hearing on the motion for new trial and the supplemental clerk's record be certified and sent to our Clerk for filing in this proceeding **within 60 days** of the date of this order. The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record and reporter's record containing the transcript of the hearing is filed in this Court. **The court coordinator of the trial court shall set a hearing date and notify the parties of such date.**

---

[1]    Any such teleconference must use a closed-circuit video teleconferencing system that provides for a simultaneous compressed full motion video and interactive communication of image and sound between the trial court, appellant, and any attorneys representing the State or appellant. On request, appellant and his counsel shall be able to communicate privately without being recorded or heard by the trial court or the attorney representing the State.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle

☑ Acting individually    ☐ Acting for the Court

Date: October 21, 2013